UNITED STATES of America,
Plaintiff–Appellee,

v.

Anthony L. JERDINE, Defendant–
Appellant.

No. 09–15974

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 24, 2010.

Anthony L. Jerdine, Youngstown, OH,
pro se.

Laura Thomas Rivero, Anne R. Schultz,
Emily M. Smachetti, U.S. Attorney's Of-
fice, Miami, FL, for Plaintiff–Appellee.

Before CARNES, PRYOR and
MARTIN, Circuit Judges.

PER CURIAM:

Anthony Lewis Jerdine, a felon on su-
pervised release, appeals *pro se* the denial
of his petition for a writ of error coram
nobis under the All Writs Act. 28 U.S.C.
§ 1651(a). Jerdine argued that his convic-
tion was void because the statute that con-
ferred jurisdiction on the district court, 18
U.S.C. § 3231, was unconstitutional. We
affirm.

The All Writs Act gives federal courts
authority to issue "all writs necessary or
appropriate in aid of their respective juris-
dictions and agreeable to the usages and
principles of law." 28 U.S.C. § 1651(a). A
district court may issue a writ of error
coram nobis only if "there is and was no

other available avenue of relief" and "the
error involves a matter of fact of the most
fundamental character which has not been
put in issue or passed upon and which
renders the proceeding itself irregular and
invalid." *Alikhani v. United States,* 200
F.3d 732, 734 (11th Cir.2000). We review
the denial of a writ of error coram nobis
for abuse of discretion. *Id.*

The district court did not abuse its dis-
cretion by denying Jerdine a writ of error
coram nobis. Jerdine had available other
means to challenge his conviction, and he
previously challenged without success the
jurisdiction of the district court in a peti-
tion for a writ of mandamus, *In re Jerdine,*
No. 06–11534 (11th Cir. June 8, 2006), and
a motion to vacate, *Jerdine v. United
States,* No. 09–16240 (11th Cir. Apr. 21,
2010). *See Alikhani,* 200 F.3d at 734.
Jerdine argues on appeal that he also is
entitled to relief because he was effectively
denied counsel during his guilty plea pro-
ceedings and his guilty plea was not know-
ingly and voluntarily made, but we will not
consider these arguments for the first time
on appeal. *See Tannenbaum v. United
States,* 148 F.3d 1262, 1263 (11th Cir.1998).
Jerdine is not entitled to extraordinary
relief.

The denial of Jerdine's petition for a
writ of error coram nobis is **AFFIRMED.**